**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 17-06942 |
| | § | |
| ELIJAH JONES | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $60,272.00 | Assets Exempt: | $4,250.00 |
| Total Distributions to Claimants: | $2,826.35 | Claims Discharged Without Payment: | $26,886.99 |
| Total Expenses of Administration: | $995.30 | | |

3) Total gross receipts of $3,821.65 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $3,821.65 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $242,448.89 | $2,375.80 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $995.30 | $995.30 | $995.30 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $30,297.81 | $5,503.72 | $5,503.72 | $2,826.35 |
| **Total Disbursements** | $272,746.70 | $8,874.82 | $6,499.02 | $3,821.65 |

4). This case was originally filed under chapter 7 on 03/07/2017. The case was pending for 12 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>03/06/2018</u>     By:  <u>/s/ David P. Leibowitz</u>
                                                  Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Chase Checking Account | 1129-000 | $1,808.55 |
| Preferential Payment to Opportunity Financial, LLC | 1241-000 | $1,013.10 |
| Preferential Payment to Rise/Elevate Credit | 1241-000 | $1,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$3,821.65** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | City of Chicago Department of Finance | 4120-000 | $2,299.89 | $2,375.80 | $0.00 | $0.00 |
| | Carmax Auto Finance | 4110-000 | $14,181.00 | $0.00 | $0.00 | $0.00 |
| | Credit Union 1 | 4110-000 | $4,422.00 | $0.00 | $0.00 | $0.00 |
| | Neighborhood Lend Serv | 4110-000 | $221,546.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$242,448.89** | **$2,375.80** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $955.41 | $955.41 | $955.41 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $26.14 | $26.14 | $26.14 |
| Green Bank | 2600-000 | NA | $13.75 | $13.75 | $13.75 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $995.30 | $995.30 | $995.30 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

UST Form 101-7-TDR (10/1/2010)

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illnois Department of Revenue | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-900 | $1,432.30 | $741.95 | $741.95 | $381.01 |
| 2-1 | City of Chicago Department of Finance | 7100-000 | $2,299.89 | $2,375.80 | $2,375.80 | $1,220.06 |
| 3 | American Express Centurion Bank | 7100-900 | $2,356.00 | $2,385.97 | $2,385.97 | $1,225.28 |
| | ADT Security Services, Inc | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | American Express | 7100-000 | $1,251.06 | $0.00 | $0.00 | $0.00 |
| | Beverly Family Chiropractic | 7100-000 | $1,805.81 | $0.00 | $0.00 | $0.00 |
| | Care Credit | 7100-000 | $737.41 | $0.00 | $0.00 | $0.00 |
| | Compliant Sleep Solutions | 7100-000 | $799.53 | $0.00 | $0.00 | $0.00 |
| | Crdt Union 1 | 7100-000 | $1,441.00 | $0.00 | $0.00 | $0.00 |
| | Credit Union 1 | 7100-000 | $1,370.00 | $0.00 | $0.00 | $0.00 |
| | ICS/Illinois Collection Service | 7100-000 | $201.00 | $0.00 | $0.00 | $0.00 |
| | ICS/Illinois Collection Service | 7100-000 | $97.00 | $0.00 | $0.00 | $0.00 |
| | Illinois Collection Service Inc | 7100-000 | $256.41 | $0.00 | $0.00 | $0.00 |
| | Mayo Clinic | 7100-000 | $586.24 | $0.00 | $0.00 | $0.00 |
| | Northwest Collectors INC. | 7100-000 | $200.00 | $0.00 | $0.00 | $0.00 |
| | Oppity Fin | 7100-000 | $2,492.00 | $0.00 | $0.00 | $0.00 |
| | Oppity Fin | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Opportunity Financial, LLC | 7100-000 | $2,539.00 | $0.00 | $0.00 | $0.00 |
| | Personal Service Bureau | 7100-000 | $486.34 | $0.00 | $0.00 | $0.00 |
| | Rise Credit | 7100-000 | $3,090.00 | $0.00 | $0.00 | $0.00 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | Rise Credit | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Rise Credit of Illinois, LLC | 7100-000 | $2,988.88 | $0.00 | $0.00 | $0.00 |
|  | Roy B Guster | 7100-000 | $370.00 | $0.00 | $0.00 | $0.00 |
|  | Senex Services Corp | 7100-000 | $75.00 | $0.00 | $0.00 | $0.00 |
|  | Synchrony Bank/Care Credit | 7100-000 | $727.00 | $0.00 | $0.00 | $0.00 |
|  | Transworld Systems, Inc | 7100-000 | $245.38 | $0.00 | $0.00 | $0.00 |
|  | University of Chicago | 7100-000 | $170.85 | $0.00 | $0.00 | $0.00 |
|  | University of Chicago | 7100-000 | $785.79 | $0.00 | $0.00 | $0.00 |
|  | University of Chicago Medicine | 7100-000 | $939.72 | $0.00 | $0.00 | $0.00 |
|  | University of Chicago Physicials | 7100-000 | $554.20 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $30,297.81 | $5,503.72 | $5,503.72 | $2,826.35 |

Case 17-06942 Doc 34 Filed 03/15/18 Entered 03/15/18 15:05:28 Desc Main
Document Page 6 of 10

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1    Exhibit 8

| Case No.: | 17-06942 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | JONES, ELIJAH | | Date Filed (f) or Converted (c): | 03/07/2017 (f) |
| For the Period Ending: | 3/6/2018 | | §341(a) Meeting Date: | 04/13/2017 |
| | | | Claims Bar Date: | 09/06/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Single-family home 8944 S. Lowe Ave Chicago IL 60620-0000 Cook Primary Residence | $52,000.00 | $0.00 | | $0.00 | FA |
| 2 | 2013 Nissan Sentra 60000 miles Good Condition | $7,578.00 | $0.00 | | $0.00 | FA |
| 3 | 2003 BMW 525i 192000 miles Bad Condition - Car does not run. | $694.00 | $0.00 | | $0.00 | FA |
| 4 | Misc. Household Goods | $250.00 | $0.00 | | $0.00 | FA |
| 5 | Misc. Electronics | $250.00 | $0.00 | | $0.00 | FA |
| 6 | Clothes | $250.00 | $0.00 | | $0.00 | FA |
| 7 | Chase Savings Account | $25.00 | $0.00 | | $0.00 | FA |
| 8 | Chase Checking Account | $5,283.55 | $1,808.55 | | $1,808.55 | FA |
| Asset Notes: | Updated per amended schedules (dkt 18) | | | | | |
| 9 | Credit Union One Checking Account | $0.00 | $0.00 | | $0.00 | FA |
| 10 | Pension | $0.00 | $0.00 | | $0.00 | FA |
| 11 | 2016 Tax Refund | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Refund, which was listed on original schedules in the amount of $5,801.00, was removed in amended schedules (dkt #18), because refund was actually received and deposited six days prepetition; funds remaining at petition are now accounted for in asset #8, Chase checking account. | | | | | |
| 12 | Whole Life Insurance Policy - Account Just opened in August, 2016. No CSV | $0.00 | $0.00 | | $0.00 | FA |
| 13 | Preferential Payment to Rise/Elevate Credit (u) | $0.00 | $1,000.00 | | $1,000.00 | FA |
| 14 | Preferential Payment to Opportunity Financial, LLC (u) | $0.00 | $1,013.10 | | $1,013.10 | FA |

**TOTALS (Excluding unknown value)**                                                                                                    **Gross Value of Remaining Assets**

| | $66,330.55 | $3,821.65 | | $3,821.65 | $0.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2  Exhibit 8

| Case No.: | 17-06942 | | | Trustee Name: | David Leibowitz |
| Case Name: | JONES, ELIJAH | | | Date Filed (f) or Converted (c): | 03/07/2017 (f) |
| For the Period Ending: | 3/6/2018 | | | §341(a) Meeting Date: | 04/13/2017 |
| | | | | Claims Bar Date: | 09/06/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

06/05/2017    2017 Reporting Period:

Upon review of amended schedules, $1808.55 in Debtor's bank account remains non-exempt property of the Estate. The Debtor will repay the estate for the non-exempt funds in six installments of $301.43, with the final installment due 11/30/17.

The Trustee has additionally sent demand letters for preferential payments to Opportunity Financial and Rise Credit.

The case will be ready for TFR upon receipt of the final installment on 11/30/17.

| Initial Projected Date Of Final Report (TFR): | 05/31/2018 | Current Projected Date Of Final Report (TFR): | /s/ DAVID LEIBOWITZ |
|---|---|---|---|
| | | | DAVID LEIBOWITZ |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 17-06942 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | JONES, ELIJAH | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1814 | | Checking Acct #: | ******4201 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 3/7/2017 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/6/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/05/2017 | (8) | JONES, ELIJAH | Payments for non-exempt funds in bank account - payment 1 of 6 | 1129-000 | $301.43 | | $301.43 |
| 07/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $0.42 | $301.01 |
| 08/17/2017 | (8) | JONES, ELIJAH | Payments for non-exempt funds in bank account - payment 2 of 6 | 1129-000 | $301.43 | | $602.44 |
| 08/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $0.64 | $601.80 |
| 09/08/2017 | (8) | JONES, ELIJAH | Payments for non-exempt funds in bank account - payment 3 of 6 | 1129-000 | $301.43 | | $903.23 |
| 09/13/2017 | (13) | Elevate Credit Service, LLC | Recovery of preferential payments to Rise/Elevate | 1241-000 | $1,000.00 | | $1,903.23 |
| 09/27/2017 | (14) | Opportunity Financial, LLC | Recovery of preferential payments to Opportunity Financial, LLC | 1241-000 | $1,013.10 | | $2,916.33 |
| 09/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $2.54 | $2,913.79 |
| 10/19/2017 | (8) | JONES, ELIJAH | Payments for non-exempt funds in bank account - payment 4 of 6 | 1129-000 | $301.43 | | $3,215.22 |
| 10/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $4.75 | $3,210.47 |
| 11/06/2017 | (8) | JONES, ELIJAH | Payments for non-exempt funds in bank account - payment 5 of 6 | 1129-000 | $301.43 | | $3,511.90 |
| 11/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $5.40 | $3,506.50 |
| 12/11/2017 | (8) | JONES, ELIJAH | Payments for non-exempt funds in bank account - payment 6 of 6 | 1129-000 | $301.40 | | $3,807.90 |
| 01/30/2018 | 3001 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $26.14 | $3,781.76 |
| 01/30/2018 | 3002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $955.41 | $2,826.35 |
| 01/30/2018 | 3003 | Capital One Bank (USA), N.A. | Claim #: 1; Amount Claimed: $741.95; Distribution Dividend: 51.35%; | 7100-900 | | $381.01 | $2,445.34 |
| 01/30/2018 | 3004 | City of Chicago Department of Finance | Claim #: 2; Amount Claimed: $2,375.80; Distribution Dividend: 51.35%; | 7100-000 | | $1,220.06 | $1,225.28 |
| 01/30/2018 | 3005 | American Express Centurion Bank | Claim #: 3; Amount Claimed: $2,385.97; Distribution Dividend: 51.35%; | 7100-900 | | $1,225.28 | $0.00 |

| | | | **SUBTOTALS** | | $3,821.65 | $3,821.65 | |

**FORM 2** Page No: 2 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 17-06942 | Trustee Name: | David Leibowitz |
| --- | --- | --- | --- |
| Case Name: | JONES, ELIJAH | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1814 | Checking Acct #: | ******4201 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 3/7/2017 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/6/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $3,821.65 | $3,821.65 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $3,821.65 | $3,821.65 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $3,821.65 | $3,821.65 | |

For the period of 3/7/2017 to 3/6/2018

| | |
| --- | --- |
| Total Compensable Receipts: | $3,821.65 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,821.65 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,821.65 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,821.65 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the account between 07/05/2017 to 3/6/2018

| | |
| --- | --- |
| Total Compensable Receipts: | $3,821.65 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,821.65 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,821.65 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,821.65 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Page No: 3       Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 17-06942 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | JONES, ELIJAH | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1814 | | Checking Acct #: | ******4201 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 3/7/2017 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/6/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $3,821.65 | $3,821.65 | $0.00 |

**For the period of 3/7/2017 to 3/6/2018**

| | |
|---|---|
| Total Compensable Receipts: | $3,821.65 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,821.65 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,821.65 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,821.65 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 03/07/2017 to 3/6/2018**

| | |
|---|---|
| Total Compensable Receipts: | $3,821.65 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,821.65 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,821.65 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,821.65 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ